In the District of United States
District of South Carolina
Florence Division   Case No. 4:05-CR-770

10-14-06

RECEIVED
USDC CLERK. FLORENCE. SC
2006 OCT 25 | P 3: 08
FLORENCE. SC

2010 JAN 27 A 10: 53

United States of America          ⌐ Considering Departures
           VS.
Romail Leach                        ⌐ Federal

       I the defendant Romail Leach, am addressing the court to take into consideration my departures, for acceptance of responsibility to the goverment. I did enter a plea of guilt on 10/03/05 and my plea aggreement clearly stipulated that I was eligible and would obtain my "Acceptance of Responsibility". I would like for the goverment to acknowledge the fact that I have not yet recieved any additional credits from the court for my acceptance of responsibility. I have also took other steps in regards of this matter; one in fact was on 5/16/06 when I took the stand in all honesty in favor of the goverment against my Co-defendant. Then on a later date to be exact 6/13/06 I submitted to polygraph examination on what my attorney and the goverment has recognized as unrelated issues. I was said to have failed this polygraph examination knowing that my responses were truthful. I'm pleading my "Acceptance of Responsibility" Regards to the goverment because I fall under the eligibility requirements for this departure but have thus far not recieved any credits for my voluntary acceptance and or cooperation with the goverment.

# DENIED

_Terry L. Wooten_ 1-26-10
TERRY L. WOOTEN                    DATE
U. S. DISTRICT JUDGE

Respectfully Submitted

_Romail Leach_